# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2023-2801
Lower Tribunal No. 11-CF-05070

———————————————

ALEJANDRO BENABE-RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WHITE, JJ., concur.


Dane K. Chase, of Chase Law Florida, P.A., Saint Petersburg, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED